UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LENORE SCATLIFFE,

Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

Defendant.

---------------------------------------------------------------x

26-CV-01193 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update in this case by **September 11, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge